**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>　PHILIP A. COTTONE<br>　KATHLEEN M. COTTONE<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:17-20448 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 02/06/2017 and confirmed on 04/05/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,488.55 |
| Less Refunds to Debtor | 1,124.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,364.43 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,200.00 | |
| 　Trustee Fee | 701.83 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,901.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　PNC BANK NA | 0.00 | 10,262.60 | 0.00 | 10,262.60 |
| 　　Acct: 0034 | | | | |
| 　PNC BANK NA | 200.00 | 200.00 | 0.00 | 200.00 |
| 　　Acct: 0034 | | | | |
| 　PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 8105 | | | | |
| | | | | 10,462.60 |
| **Priority** | | | | |
| 　LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PHILIP A. COTTONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PHILIP A. COTTONE | 554.12 | 554.12 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PHILIP A. COTTONE | 570.00 | 570.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4388 | | | | |
|   BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5658 | | | | |
|   BMO HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7157 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1203 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3519 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0012 | | | | |
|   CITIBANK NA\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6620 | | | | |
|   CITIZENS ONE AUTO FINANCE\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5767 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 104.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 2738 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4129 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3527 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 605.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 6636 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 648.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 9204 | | | | |
|   DSNB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9050 | | | | |
|   KEYBANK NA\*\* | 2,169.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 8233 | | | | |
|   KEYBANK NA\*\* | 1,925.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 3759 | | | | |
|   KEYBANK NA\*\* | 9,939.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 4388 | | | | |
|   MANUFACTURERS & TRADERS TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7059 | | | | |
|   DSNB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7370 | | | | |
|   PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4395 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8172 | | | | |
|   UPMC ST MARGARET | 572.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 9837 | | | | |
|   MIDLAND FUNDING LLC | 722.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 2373 | | | | |
|   MIDLAND FUNDING LLC | 1,714.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 8250 | | | | |
|   UPMC COMMUNITY MEDICINE | 116.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 9837 | | | | |
|   UPMC ST MARGARET | 251.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 7558 | | | | |
|   UNIVERSITY OF PITTSBURGH PHYSICIAN | 357.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 7558 | | | | |

| 17-20448 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 134.64 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| UNIVERSITY OF PITTSBURGH PHYSICIAN | 195.99 | 0.00 | 0.00 | 0.00 |
| Acct: 9837 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 10,462.60 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 200.00 | |
| UNSECURED | 19.457.54 | |

Date: 08/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com