IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PHILIP A. COTTONE
KATHLEEN M. COTTONE
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-20448

Chapter 13

Related to Docket No. 50

FILED
8/30/24 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ____ 30th Day of August, 2024 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20448-GLT
Philip A. Cottone     Chapter 13
Kathleen M. Cottone
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 30, 2024     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip A. Cottone, Kathleen M. Cottone, 10 Greenwich St, Natrona Heights, PA 15065-2624 |
| cr | + | PNC Bank, National Association, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14360537 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14360539 | + | Bmo Harris Bank, Po Box 1111, Madison, WI 53701-1111 |
| 14360553 | + | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14375760 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14360538 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 31 2024 00:07:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14360540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2024 00:10:04 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14360543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2024 00:10:29 | Citibank N A, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14360544 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 31 2024 00:07:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14360546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2024 00:08:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14360547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2024 00:08:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 14360548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2024 00:08:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14360549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2024 00:08:00 | Comenitybank/fllbeauty, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14360550 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2024 01:09:52 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14360556 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2024 00:21:37 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14647716 | | Email/Text: bnc-quantum@quantum3group.com | Aug 31 2024 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14360541 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 31 2024 00:10:36 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14388133 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 31 2024 00:08:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, |

Case 17-20448-GLT    Doc 68    Filed 09/01/24    Entered 09/02/24 00:27:16    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | Bypass | Delivery Method | Delivery Date | Name and Address |
|---|---|---|---|---|
| | | | | OH 44144-2338 |
| 14364231 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 31 2024 00:08:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14360552 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 31 2024 00:08:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14360555 | | Email/Text: camanagement@mtb.com | Aug 31 2024 00:08:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14521368 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 31 2024 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14360557 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | National City Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14375754 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | PNC, 2730 LIBERTY AVE, Pittsburgh, PA 15222 |
| 14637835 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14633745 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14375755 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14360559 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14373322 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2024 00:10:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641002 | | Email/Text: bnc-quantum@quantum3group.com | Aug 31 2024 00:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14400488 | | Email/Text: bnc-quantum@quantum3group.com | Aug 31 2024 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14360562 | | Email/Text: amieg@stcol.com | Aug 31 2024 00:07:00 | State Collection Servi, Po Box 6250, Madison, WI 53701 |
| 14360563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 31 2024 00:09:52 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14360564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 31 2024 00:10:31 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14375761 | ^ | MEBN | Aug 30 2024 23:56:44 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14640412 | | Email/Text: BNCnotices@dcmservices.com | Aug 31 2024 00:07:00 | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14640400 | | Email/Text: BNCnotices@dcmservices.com | Aug 31 2024 00:07:00 | UPMC St Margaret, PO Box 1123, Minneapolis MN 55440-1123 |
| 14640397 | | Email/Text: BNCnotices@dcmservices.com | Aug 31 2024 00:07:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |
| 14639517 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 31 2024 00:22:02 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14360558 | | Pnc Bank |

| | | |
|---|---|---|
| 14360560 | | Pnc Bank, N.a. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14375738 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14375739 | *+ | Bmo Harris Bank, Po Box 1111, Madison, WI 53701-1111 |
| 14375740 | *+ | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14375742 | *+ | Citibank N A, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14360545 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14375743 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14375744 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14375745 | *+ | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 14375746 | *+ | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14375747 | *+ | Comenitybank/fllbeauty, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14360551 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14375748 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14375752 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14360542 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14375741 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14360554 | *+ | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14375750 | *+ | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14375749 | *+ | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14375751 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14375753 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, National City Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14360561 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14375756 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14375757 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, Po Box 6250, Madison, WI 53701 |
| 14375758 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14375759 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC Bank  National Association blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brett A. Solomon | on behalf of Creditor PNC Bank  National Association brett@solomon-legal.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 40

Lawrence Willis
    on behalf of Joint Debtor Kathleen M. Cottone ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
    on behalf of Debtor Philip A. Cottone ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maribeth Thomas
    on behalf of Creditor PNC Bank National Association mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7